# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147577

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MATTHEW TIMOTHY SNYDER,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147577
COA: 315269
Macomb CC: 2010-001769-FH

    On order of the Court, the application for leave to appeal the June 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

t0122